IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY MILLS                                                                            PLAINTIFF

v.                            CIVIL NO. 05-5159

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                        DEFENDANT

**O R D E R**

On this 4th day of August, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on July 17 , 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $605.85, representing 4.67 hours of work at a rate of $125.00 per hour and $22.10 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                                    /s/Jimm Larry Hendren
                                                                    HON. JIMM LARRY HENDREN
                                                                    UNITED STATES DISTRICT JUDGE